

IN THE
TENTH COURT OF APPEALS

No. 10-17-00068-CV

**ELVIS WAYNE JONES,**

Appellant

 v.

**CAPTAIN T. STERNS, CAPTAIN Y. TAREZ,
CAPTAIN BOLTON, CAPTAIN NEWMAN,
AND CAPTAIN S. STRINGER,**

Appellees

From
Polk County, Texas

## MEMORANDUM OPINION

Elvis Wayne Jones, a prison inmate, attempts to appeal from a final judgment

issued by a federal court in Texas.[1]  We do not have jurisdiction over federal courts.  *See*

TEX. GOV'T CODE ANN. §§ 22.201(k); 22.220 (West 2004).[2]  Accordingly, this appeal is

---

[1] When we first received Jones's notice of appeal, we did not know what he was trying to appeal.  We asked him to explain why we had jurisdiction of the appeal or it would be dismissed.  In response, Jones sent us a copy of a final judgment of the United States District Court, Southern District of Texas, Galveston Division.

[2] This Court has appellate jurisdiction of all civil cases within its district of which the State district courts or county courts have jurisdiction.  Our district is comprised of the counties of Bosque, Burleson, Brazos,

dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 19, 2017
[CV06]



Coryell, Ellis, Falls, Freestone, Hamilton, Hill, Johnson, Leon, Limestone, Madison, McLennan, Navarro, Robertson, Somervell, and Walker.